

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2015

No. 04-15-00561-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC** dba Casa Rio
Healthcare and Rehabilitation,
Appellant

v.

Helen Arlene **OWEN**, on behalf of all Wrongful Death Beneficiaries and Heirs of Lily Mines,
Deceased, et al.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13633
Honorable David A. Canales, Judge Presiding

## O R D E R

This is an accelerated appeal from a trial court's order denying a motion to compel arbitration. Appellant has filed an unopposed motion asking the court to stay all trial court proceedings pending resolution of the appeal. After review, we **GRANT** appellant's motion and **ORDER** all proceedings in the trial court staying pending resolution of the appeal in this court or until further order of this court.

We **order** the clerk of this court to serve a copy of this order on all counsel and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court